# EXHIBIT A



HOME  ABOUT  CONTACT  DONATE



## About iVoters

iVoters changes everything about the way we process elections. Instead of negative TV and radio ads and biased opinions from editorial boards, now people in all 50 states can get the facts about candidates and ballot issues from a non-partisan, independent source. iVoters is fast, free, secure and powerful. With iVoters you can vote with confidence and encourage others to do the same.

**iVoters.com** is a public forum and a public service of the American Policy Roundtable which is a non-profit media, education and research organization established in 1980. No funds are solicited or accepted from political parties or candidates.

*The iVoters.com team works to provide the most accurate, up-to date election information. If you come across a broken link, or have a question, please write us at info@iVoters.com. For an official sample ballot, contact your local Board of Elections.*

iVoters.com
iVoters.com | Free Minds, Free Speech, Free Agents®