# EXHIBIT B

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2019-02-28 15:26:41 EST | | |
| **Mark:** | IVOTERS.COM FREE MINDS FREE SPEECH FREEAGENTS | | |

IVOTERS.COM FREE MINDS
FREE SPEECH FREE AGENTS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85080638 | **Application Filing Date:** | Jul. 08, 2010 |
| **US Registration Number:** | 4021472 | **Registration Date:** | Sep. 06, 2011 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Sep. 26, 2017 | | |
| **Publication Date:** | Jun. 21, 2011 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | IVOTERS.COM FREE MINDS FREE SPEECH FREEAGENTS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "FREE SPEECH" |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Providing a web site of information on current public policy issues, political campaigns and citizen concerns related to political issues | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 23, 2010 | **Use in Commerce:** | Feb. 23, 2010 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | The American Policy Roundtable | | |
| **Owner Address:** | 11288 Alameda Drive<br>Strongsville, OHIO 44149<br>UNITED STATES | | |
| **Legal Entity Type:** | CORPORATION | **State or Country** | OHIO |

Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | David M. Abrahams | **Docket Number:** | APR2680 |
| **Attorney Primary Email Address:** | trademarks@wc-b.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** DAVID M. ABRAHAMS
Webster, Chamberlain & Bean, LLP
1747 Pennsylvania Avenue, N.W.
Suite 1000
WASHINGTON, DISTRICT OF COLUMBIA 20006
UNITED STATES

| | | | |
|---|---|---|---|
| **Phone:** | (202) 785-9500 | **Fax:** | (202) 835-0243 |
| **Correspondent e-mail:** | trademarks@wc-b.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 26, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76293 |
| Sep. 26, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Aug. 23, 2017 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 06, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 21, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 21, 2011 | PUBLISHED FOR OPPOSITION | |
| May 16, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| May 16, 2011 | ASSIGNED TO LIE | 76568 |
| Apr. 29, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 29, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 29, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 29, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 01, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 01, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 01, 2010 | NON-FINAL ACTION WRITTEN | 76734 |
| Oct. 20, 2010 | ASSIGNED TO EXAMINER | 76734 |
| Jul. 14, 2010 | NOTICE OF PSEUDO MARK MAILED | |
| Jul. 13, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 12, 2010 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 103 | **Date in Location:** | Sep. 26, 2017 |

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2019-02-28 15:27:11 EST | | |
| **Mark:** | IVOTERS FREE MINDS FREE SPEECH FREE AGENTS | | |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86716762 | **Application Filing Date:** | Aug. 06, 2015 |
| **US Registration Number:** | 5039154 | **Registration Date:** | Sep. 13, 2016 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Sep. 13, 2016 | | |
| **Publication Date:** | Jun. 28, 2016 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | IVOTERS FREE MINDS FREE SPEECH FREE AGENTS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the literal term "IVOTERS" in black in which a lower case "i" is contained within a gold circle and stacked under the "VOTERS" portion in a horizontal orientation are the literal terms "FREE MINDS", "FREE SPEECH" and "FREE AGENTS" in black separated by two blue five-pointed stars. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) gold, black and blue is/are claimed as a feature of the mark. |
| **Disclaimer:** | "VOTERS" AND "FREE SPEECH" |
| **Design Search Code(s):** | 01.01.03 - Star - a single star with five points<br>01.01.09 - Stars, two; Two stars<br>01.01.13 - Stars - multiple stars with five points<br>26.01.02 - Plain single line circles; Circles, plain single line |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Providing a web site of information on current public policy issues, political campaigns and citizen concerns related to political issues | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 15, 2014 | **Use in Commerce:** | Jul. 15, 2014 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |

| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | The American Policy Roundtable | | |
| **Owner Address:** | 11288 Alameda Drive<br>Strongsville, OHIO 44149<br>UNITED STATES | | |
| **Legal Entity Type:** | non-profit corporation | **State or Country Where Organized:** | OHIO |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | David M. Abrahams | **Docket Number:** | APR2680 |
| **Attorney Primary Email Address:** | trademarks@wc-b.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | DAVID M. ABRAHAMS<br>Webster Chamberlain Bean<br>1747 Pennsylvania Ave NW Ste 1000<br>Washington, DISTRICT OF COLUMBIA 20006-4693<br>UNITED STATES |
| **Phone:** (202) 785-9500 | **Fax:** (202) 835-0243 |
| **Correspondent e-mail:** trademarks@wc-b.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 13, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 28, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 28, 2016 | PUBLISHED FOR OPPOSITION | |
| Jun. 08, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 23, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 19, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 18, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 18, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 25, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 25, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 25, 2015 | NON-FINAL ACTION WRITTEN | 67971 |
| Nov. 18, 2015 | ASSIGNED TO EXAMINER | 67971 |
| Aug. 12, 2015 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 11, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 10, 2015 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Sep. 13, 2016 |