# EXHIBIT E



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86671082 | **Application Filing Date:** | Jun. 23, 2015 |
| **US Registration Number:** | 4981328 | **Registration Date:** | Jun. 21, 2016 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jun. 21, 2016 | | |
| **Publication Date:** | Apr. 05, 2016 | | |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | I VOTERGUIDE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the literal element "i VoterGuide" enclosed in an ellipse, with the "V" being formed by a check mark extending beyond the ellipse. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "IVOTERGUIDE" |
| **Design Search Code(s):** | 24.17.15 - Check marks<br>26.03.01 - Ovals as carriers and single line borders<br>27.03.05 - Objects forming letters or numerals |

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | providing a website featuring information regarding candidates for public office | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 19, 2015 | **Use in Commerce:** | Jun. 19, 2015 |

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | **Amended 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Heritage Alliance |
| **Owner Address:** | P.O. Box 741777<br>Dallas, TEXAS 75374<br>UNITED STATES |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized** | TEXAS |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Brian F. Russell | **Docket Number:** | Heritage.003 |
| **Attorney Primary Email Address:** | brian@russellnglaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | BRIAN F. RUSSELL<br>Russell Ng Pllc<br>8729 Shoal Creek Blvd Ste 100<br>Austin, TEXAS 78757-6854<br>UNITED STATES |
| **Phone:** | 5126175535 |
| **Correspondent e-mail:** | brian@russellnglaw.com stephanie@russellnglaw.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 21, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 05, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 05, 2016 | PUBLISHED FOR OPPOSITION | |
| Mar. 16, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 24, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 23, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Feb. 22, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Feb. 22, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 08, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 08, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 08, 2015 | NON-FINAL ACTION WRITTEN | 78305 |
| Sep. 29, 2015 | ASSIGNED TO EXAMINER | 78305 |
| Jul. 01, 2015 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jun. 30, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 26, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jun. 21, 2016 |