UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE AMERICAN POLICY ROUNDTABLE,<br><br>                Plaintiff,<br><br>     v.<br><br>HERITAGE ALLIANCE,<br><br>                Defendant. | Civil Action No. 1:19-cv-00535 |

**PLAINTIFF, THE AMERICAN POLICY ROUNDTABLE'S,
<u>RULE 7.1 CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, The American Policy Roundtable, states as follows:

1. **A nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation**:

    The American Policy Roundtable has no parent corporation and no publicly held corporation owns more than 10% of its stock.

2. **All persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation**:

    a. Plaintiff, The American Policy Roundtable;

    b. Evergreen Communications (Registered trade name of Plaintiff The American Policy Roundtable);

c. Ohio Roundtable (Registered trade name of Plaintiff The American Policy Roundtable); and

d. Roundtable Freedom Forum (Affiliate of Plaintiff The American Policy Roundtable).

Dated: March 11, 2019

Respectfully submitted,

*/s/ William R. Martin*
William R. Martin
(Ohio Federal Bar # 0033955)
Jordan S. Weinstein
(*Pro Hac Vice Forthcoming*)
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20006-4623
P:202-289-1313
F:202-289-1330
e-mail:
billy.martin@btlaw.com
jordan.weinstein@btlaw.com

*Attornerys for Plaintiff, The American Policy Roundtable*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2019, a copy of the foregoing Certificate of Interested Persons was filed electronically via CM/ECF. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ William R. Martin*
                                                William R. Martin